Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
for the  
Northern District of Florida

UNITED STATES OF AMERICA

      V                                                 Crim. No. 3:02CR38-001/RV

Harry Yonker

      On July 11, 2002, the above named was sentenced to probation for a period of three (3) years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Harry Yonker be discharged from probation.

                                            Respectfully submitted,

                                            Russell A. Szafran  
                                            U.S. Probation Officer

ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __28__ day of __April__, 20_05_.

                                            Roger Vinson  
                                            Senior U.S. District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

05 APR 29 AM 10: 53

FILED